IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-377-FDW-DCK

| JOHN A. RUSSO, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| AMAZON.COM, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Local Counsel Jasmine R. Little on August 13, 2024.

Applicant Michael A. Chichester, Jr. seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Michael A. Chichester, Jr. is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 13, 2024

David C. Keesler
United States Magistrate Judge